

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00064-CV

---

TAYLOR RAY SMITH, APPELLANT

V.

KIMBERLY ANNE COLE, APPELLEE

---

On Appeal from the County Court at Law No. 2
Lubbock County, Texas
Trial Court No. DC-2023-FM-1995, Honorable Tom Brummett, Presiding

---

March 12, 2024

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Taylor Ray Smith, proceeding pro se, appeals from the trial court's *Final Protective Order*. The trial court signed the order on October 5, 2023. Because Smith timely filed a request for findings of fact and conclusions of law, his notice of appeal was due within ninety days after the *Final Protective Order* was signed, i.e., by January 3, 2024. *See* TEX. R. APP. P. 26.1(a). Smith filed a notice of appeal on February 9, 2024.

A timely notice of appeal is essential to invoking this Court's jurisdiction. *See* TEX. R. APP. P. 25.1(b), 26.1; *Verburgt v. Dorner*, 959 S.W.2d 615, 616–17 (Tex. 1997). By

letter of February 14, 2024, we notified Smith that his notice of appeal appeared untimely and directed him to show how we have jurisdiction over this appeal by February 26.  Smith has not responded to our letter to date.

Accordingly, we dismiss Smith's appeal for want of jurisdiction.  TEX. R. APP. P. 42.3(a).

Per Curiam